THE STATE OF MONTANA EX REL. JAMES GRAY, RELATOR, v. THE DISTRICT COURT OF THE FOURTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE HONORABLE ALFRED B. COATE, JUDGE THEREOF, RESPONDENT.

No. 11784.
Decided Nov. 19, 1969.
463 P.2d 893.

PER CURIAM.

Original proceeding. Relator seeks an appropriate writ to require respondent court to show cause why proceedings in such respondent court in the matter of The State of Montana v. James Gray should not be declared null and void.

The relief sought is denied and the proceeding is dismissed.